IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COREY A. TAYLOR, Inmate #B-17010,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-706-MJR** |
| ) | |
| **ROGER WALKER, JR.,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff, an inmate in the Tamms Correctional Center, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. With the complaint Plaintiff also filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 5); a motion to exceed page limits for complaint (Doc. 2); a motion for a temporary restraining order and/or motion for preliminary injunction (Doc. 3); and a motion to appoint counsel (Doc. 6).

Plaintiff is aware that he has had at least three prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Taylor v. Welborn*, Case No. 00-082-JLF (S. D. Illinois, filed January 31, 2000); *Taylor v. Snyder*, Case No. 00-083-JLF (S. D. Illinois, filed January 31, 2000); *Taylor v. Snyder*, Case No. 00-233-WDS (S. D. Illinois, filed March 28, 2000); *Taylor v. McDonald*, Case No. 00-411-JPG (S. D. Illinois, filed May 30, 2000). The allegations in this lengthy complaint do not show that Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis*

(Doc. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS FURTHER ORDERED** that Plaintiff's motion for to exceed page limits for complaint (Doc. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order and/or motion for preliminary injunction (Doc. 3) is **DENIED**, without prejudice. Plaintiff may resubmit this motion if he pays the required filing fee, but only after the Court conducts a threshold review of the complaint pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel (Doc. 6) is **DENIED**, without prejudice. Plaintiff may resubmit this motion if he pays the required filing fee, but only after the Court conducts a threshold review of the complaint pursuant to 28 U.S.C. § 1915A.

**IT IS SO ORDERED.**

**DATED this 30th day of October, 2007.**

        **s/ Michael J. Reagan**
        **MICHAEL J. REAGAN**
        **United States District Judge**